### INTERNATIONAL COATING SYSTEMS, INC. *v.* FIRST TAXING DISTRICT OF THE CITY OF NORWALK
### (6945)

SPALLONE, STOUGHTON and NORCOTT, Js.

Argued December 6—decision released December 14, 1988

*James A. Fulton,* for the appellant (defendant).

*Salvatore J. Coppola,* for the appellee (plaintiff).

PER CURIAM. There is no error.